

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2018

No. 04-18-00396-CV

**TEXAS ARMORING CORPORATION,**
Appellant

v.

Tinyan **OKUNBO,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18380
Honorable Michael E. Mery, Judge Presiding

# O R D E R

    Amy Hinds' Notification of Late Reporter's Record is NOTED. The Reporter's Record must be filed no later than October 4, 2018.

_____
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court